UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:13-cr-229-T-30MAP

RICHARD HARRISON SOLER,
LINDA RODRIGUEZ,
JESUS GARCIA, and
ROBERT WILLIAMSON

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 146) , pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for the following assets:

a.    $5,306.00 United States currency; and

b.    A 1999 GMC "dually" style pickup truck, bearing Florida license plate number ARU09 and Vehicle Identification Number 1GTHK33J2XF094232.

On August 19, 2013, the Court entered Preliminary Orders of Forfeiture against the defendants Rodriguez and Williamson for the assets described above, pursuant to 21 U.S.C. § 853.   Docs. 59 and 60.

On October 3, 2013, the Court entered a Preliminary Order of Forfeiture against defendant Soler for the assets described above, pursuant to 21 U.S.C. § 853.   Doc. 79.

On March 14, 2014, the Court entered a Preliminary Order of Forfeiture against defendant Garcia for the assets described above, pursuant to 21 U.S.C. § 853. Doc. 140.

The Court finds that, in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from March 11, 2014 through April 9, 2014. Doc. 141. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

The Court further finds that, in accordance with the requirements of 21 U.S.C. § 853(n), the United States sent notices of this forfeiture action, via certified United States mail and first class mail to Tony Castillo, Registered Agent for Café Coalo Resturante, and Maydean Segarra, President of Café Coalo Resturante, the only individuals believed to have any potential interest in the assets. Both parties received notice, but neither filed a timely claim to the assets. No individual is believed to have any potential interest in the assets.

No other third party or entity has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby

2

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 146) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853 and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 14th day of May, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Odd\2013\13-cr-229 forfeit FJ 146.docx

3